**Petition for Writ of Mandamus Conditionally Granted and Majority and Dissenting Memorandum Opinions filed March 17, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00169-CV

---

## IN RE ALEJANDRO SANCHEZ, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-08753**

---

## DISSENTING MEMORANDUM OPINION

This court's practice allows for a single justice to ask for a response from the real party in interest, and the clerk has made that request. The court's practice does not allow for an individual justice to ask that a relator file a proper original-proceeding record, so the clerk will not make that request based on the request of a single justice.

In this mandamus proceeding, the court reporter has notified the court that a

reporter's record has been requested. As of today, relator has neither filed a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, nor has relator made a statement that no testimony was adduced in connection with the matter complained. *See* Tex. R. App. P. 52.7(a)(2). The fact that the court reporter has stated that a record has been requested by relator suggests that the record may be necessary.

It would be a simple matter for the clerk of this court to ask relator to comply with the mandatory provisions of Rule 52.7(a)(2), notifying relator that noncompliance will result in an involuntary dismissal. I feel certain that relator would comply, allowing the court to determine whether relator is entitled to relief based on a proper record. The court does not, depriving the relator of notice and an opportunity to cure and leaving it to the subjective determination of the majority to decide what constitutes enough of a record to rule on the merits. *See generally In re Rahbar*, No. 14-23-00117-CV (Tex. App.—Houston [14th Dist.] Mar. 14, 2023, orig. proceeding) (Spain, J., dissenting).

It is frustrating to not have a proper record on which to reach the merits, especially as this could be easily resolved. But we don't, and I dissent and reluctantly express no opinion on the merits.


/s/     Charles A. Spain
Justice

Panel consists of Chief Justice Christopher and Justices Wise and Spain (Spain, J., dissenting).

2